FARMERS' LOAN & TRUST CO. v. CITY OF CORINTH, MISS., et al. (Circuit Court of Appeals, Fifth Circuit. April 11, 1899.) No. 776. Appeal from the Circuit Court of the United States for the Northern District of Mississippi. Josiah Patterson and George Gillham, for appellant. J. M. Boone and E. S. Chandler, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

McCORMICK, Circuit Judge. In this case the material questions, both of law and fact, are substantially the same that were presented and considered in

the case between this appellant and the county of Alcorn, just decided (93 Fed. 579); and, in accordance with the views expressed in our opinion in that case, the decree of the circuit court in this case is affirmed.